**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO: 9:20-cv-80064-JIC**

JOSE MANUEL BUSTOS,
    Plaintiff,
vs.

ADIDAS AMERICA INC., and THE FINISH LINE, INC.,

    Defendants.
_____/

## PLAINTIFF'S EXPERT WITNESS DISCLOSURE

Plaintiff, JOSE MANUEL BUSTOS, submits its expert list pursuant to Federal Civil Rule 26(a)(2), as follows:

1.     Clifford Gerber
    18406 Nixon Avenue
    West Lynn, Oregon 97068

    Mr. Gerber's report has been provided to the Defendants but has not been filed with the court due to the inclusion of and reference to materials within the report that Defendants have designated as "confidential." The report that has been provided discloses all items and information that is required by Rule 26(a)(2).

2.     Plaintiff's medical providers may also provide testimony in the form of expert opinions regarding Plaintiff, JOSE MANUEL BUSTOS' diagnosis, care, treatment, and future prognosis. These medical providers will base their testimony on the care, treatment, and examinations of the Plaintiff. Please see Plaintiff's medical records for a listing of Plaintiff's medical providers.

- 2 -

Plaintiff reserves the right to amend and/or supplement this expert witness list as discovery in this case is ongoing and to include expert witnesses to be revealed by future discovery.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically via email on January 26th, 2021.

By: **/s/ Todd Stabinski, BCS.**
Todd Stabinski, BCS.
Florida Bar. No.: 0105988
Stabinski & Funt, P.A.
757 NW 27th Avenue
Third Floor
Miami, Florida 33125
Email: ts@stabinskilaw.com
Telephone:   (305) 643-3100
Facsimile:    (305) 643-1382

**SERVICE LIST**

Charles G. Short, Esq.
Cole, Scott & Kissane, P.A
Esperante Building
222 Lakeview Avenue
Suite 120
West Palm Beach, Florida 33401
Email: Charles.short@csklegal.com